| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 4934573 | DATE 04/12/2023 |
|---|---|---|---|---|
| **NAME** BUCKLEY, Dominique | **OFFICER** Stylianos Agapiou | | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 21-CR-20058-01 |

| ORIGINAL SENTENCE DATE 07/30/2020 | SUPERVISION TYPE Probation | CRIMINAL HISTORY CATEGORY I | TOTAL OFFENSE LEVEL 14 | PHOTO |
|---|---|---|---|---|
| COMMENCED 07/30/2020 | | | | |
| EXPIRATION 07/29/2025 | | | | |

| ASST. U.S. ATTORNEY Diane Princ | DEFENSE ATTORNEY To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 1: 18 U.S.C. §§ 1343 and 2, Wire Fraud

**SENTENCE DISPOSITION**

Probation for a term of 60 months.

Name of Sentencing Judicial Officer: Honorable Daniel D. Crabtree, District of Kansas. Jurisdiction accepted by the Honorable Stephen J. Murphy, III on February 2, 2021

**ORIGINAL SPECIAL CONDITIONS**

1. You must participate as directed in a cognitive behavioral program and follow the rules and regulations of that program which may include MRT, as approved by the United States Probation and Pretrial Services Office. You must contribute toward the cost, to the extent you are financially able to do so, as directed by the U.S. Probation Officer.
2. You are permitted access to a computer and Internet services for legitimate and necessary purposes. You shall cooperate with and abide by the policies of the United States Probation Office's Computer and Internet Monitoring Program which includes restrictions related to: computer and Internet usage, possession and use of electronic, cellular, gaming, and Internet appliance devices; possession and use of computer hardware and software, encryption hardware or software, and accessing certain types of websites to include: chat rooms and those that describe or promote unauthorized access to computer systems. You will also be subject to computer monitoring and will provide the United States Probation Office with a complete inventory of all electronic and Internet capable devices, user account information as well as password(s). To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers subject to computer monitoring. These searches shall be conducted to determine whether the computer contains any prohibited data prior to

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 4934573 | DATE 04/12/2023 |
|---|---|---|---|---|
| NAME BUCKLEY, Dominique | OFFICER Stylianos Agapiou | JUDGE Stephen J. Murphy, III | | DOCKET # 21-CR-20058-01 |

     installation of the monitoring software, whether the monitoring software is functioning effectively after its installation, and whether there have been attempts to circumvent the monitoring software after its installation. You shall pay the cost of Internet monitoring.

3. You must not incur new credit charges or open, or attempt to open, additional lines of credit, without the prior approval of the U.S. Probation Officer. You must also execute any release of information forms necessary for the probation officer to monitor your compliance with the credit restrictions.
4. You must immediately provide the U.S. Probation Officer with access to any and all requested financial information, to include executing any release of information forms necessary for the probation office to obtain and/or verify said financial information.
5. Pay outstanding monetary restitution imposed by the court. Include whenever the payment of restitution in the form of money is ordered in the Criminal Monetary Penalties section of the judgment.
6. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.
7. You must submit to substance abuse testing to determine if you have used a prohibited substance. You must contribute toward the cost, to the extent you are financially able to do so, as directed by the U.S. Probation Officer. You must not attempt to obstruct or tamper with the testing methods.
8. You shall be placed on home detention for a period of 180 days, to commence within 14 business days. During this time, you must remain at your place of residence except for employment; education; religious services; medical, substance abuse or mental treatment; attorney visits; court appearances; court-ordered obligations or other activities as pre-approved by the U.S. Probation Officer. You will be required to wear a location monitoring device, which will include Global Positioning System and/or Random Tracking at the discretion of the probation officer, and you shall abide by all technology requirements. You must follow all location monitoring procedures specified by the probation officer, and you must contribute toward the cost, to the extent you are financially able to do so, as directed by the court and/or probation officer.

     Criminal Monetary Penalties: Special Assessment $100.00 (Paid) Restitution $42,368.29 (Balance $42,016.77)

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." <br><br> On September 1, 2022, BUCKLEY traveled to Porter County, Indiana with his brother to knowingly commit crime(s) involving fraud and monetary theft. On April 6, 2023, an arrest warrant was issued out of the 67th Judicial Court of Indiana, charging BUCKLEY with Fraud- |

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office<br>Eastern District of Michigan | PACTS<br>4934573 | DATE<br>04/12/2023 |
|---|---|---|---|---|
| NAME<br>BUCKLEY, Dominique | OFFICER<br>Stylianos Agapiou | | JUDGE<br>Stephen J. Murphy, III | DOCKET #<br>21-CR-20058-01 |

| | | |
|---|---|---|
| | | Level 5 Felony, Conspiracy to Commit Fraud- Level 5 Felony, Fraud- Level 6 Felony, Conspiracy to Commit Theft- Level 6 Felony, Theft- Level 6 Felony, and Attempted Theft- Level 6 Felony. |
| | 2 | **Violation of Standard Condition 3:** "YOU MUST NOT KNOWINGLY LEAVE THE FEDERAL JUDICIAL DISTRICT WHERE YOU ARE AUTHORIZED TO RESIDE WITHOUT FIRST GETTING PERMISSION FROM THE COURT OR THE PROBATION OFFICER"<br><br>On September 1, 2022, BUCKLEY traveled to Porter County, Indiana with his brother to knowingly commit crime(s) involving fraud and monetary theft. On April 6, 2023, an arrest warrant was issued out of the 67th Judicial Court of Indiana, charging BUCKLEY with Fraud- Level 5 Felony, Conspiracy to Commit Fraud- Level 5 Felony, Fraud- Level 6 Felony, Conspiracy to Commit Theft- Level 6 Felony, Theft- Level 6 Felony, and Attempted Theft- Level 6 Felony. BUCKLEY did not have permission from the Court or his probation officer to travel to the state of Indiana. BUCKLEY did not inform the Court or his probation officer of his out of state travel. |
| | 3 | **Violation of Standard Condition 8:** "YOU MUST NOT COMMUNICATE OR INTERACT WITH SOMEONE YOU KNOW IF ENGAGED IN CRIMINAL ACTIVITY. IF YOU KNOW SOMEONE HAS BEEN CONVICTED OF A FELONY, YOU MUST NOT KNOWINGLY COMMUNICATE OR INTERACT WITH THAT PERSON WITHOUT FIRST GETTING THE PERMISSION OF THE PROBATION OFFICER"<br><br>On September 1, 2022, BUCKLEY traveled to Porter County, Indiana with his brother, Deandre Buckley, to knowingly commit crime(s) involving fraud and monetary theft. At the time, Deandre Buckley, was an absconder from federal supervised release in the Eastern District of Michigan. BUCKLEY did not have permission to communicate or interact with his brother who was an absconder from supervised release. |
| | 4 | **Violation of Special Condition:** "YOU MUST NOT INCUR NEW CREDIT CHARGES OR OPEN, OR ATTEMPT TO OPEN, ADDITIONAL LINES OF CREDIT, WITHOUT THE PRIOR APPROVAL OF THE U.S. PROBATION OFFICER. YOU MUST ALSO EXECUTE ANY RELEASE OF INFORMATION FORMS NECESSARY FOR THE PROBATION OFFICER TO MONITOR YOUR COMPLIANCE WITH THE CREDIT RESTRICTIONS."<br><br>On September 1, 2022, BUCKLEY traveled to Porter County, Indiana with his brother to knowingly commit crime(s) involving fraud and monetary theft. On April 6, 2023, an arrest warrant was issued out of the 67th Judicial Court of Indiana, charging BUCKLEY with Fraud- Level 5 Felony, Conspiracy to Commit Fraud- Level 5 Felony, Fraud- Level 6 Felony, Conspiracy to Commit Theft- Level 6 Felony, Theft- Level 6 Felony, and Attempted Theft- Level 6 Felony. |

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 4934573 | DATE 04/12/2023 |
|---|---|---|---|---|
| **NAME** BUCKLEY, Dominique | **OFFICER** Stylianos Agapiou | **JUDGE** Stephen J. Murphy, III | | **DOCKET #** 21-CR-20058-01 |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Stylianos Agapiou/djl 313-655-2842 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Russell W. LaForet 313-234-5269 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[X]  The issuance of a warrant

[ ]  Other

       s/Stephen J. Murphy, III
       United States District Judge

       4/26/2023
       Date