Monday August 10, 2023

Dear Judge Michelson

My name is Dominique Buckley. I am currently serving time in Midland County Jail on a federal detainer. I surrendered myself to the U.S. Marshalls on the morning of June 20, to appear in front of the court for a probation violation, and I've been here since that day. I am writing this letter to request a new lawyer in this case due to ineffective counsel.

I was appointed lawyer Natasha Webster when I appeared before the court for my initial hearing. Since then we've had one meeting. At that time we spoke about my case, but more specifically, I want to request a bond hearing with my original judge (the magistrate put the detainer on me) to see if I could be released and report to Indiana on my own to handle my warrant. She advised against it and directed me to look at a specific statute (Rule 32.1 18 USC 3143 subsection A-1) when I return to my cell. She then proceed to tell me she would set another visit the following week so we could discuss some more. She never scheduled the visit, and to matters worse, I could not seem to reach her. At this time I have a lot more questions and concerns about my case that only she can answer. Weeks go by I can't get through to her cell phone, and she is not answering for my mom either. She told me if I need to reach her

call the office and leave a message with her paralegal, Sharrena Johnson. So thats what I did. I called the office and told Ms. Johnson that I would like for Ms. Webster to file a motion for a bond hearing as soon as possible. I know she advised against it before, but from things I have read and people I've talked to, I cant understand why I havent been able to appeal to my judge. I just want the judge to hear from me and get a better understanding of my circumstances, because I desperately need to be home for my family sake. After hearing from me if he decided to send me back to Midland County then so be it. Its just extremely hard sitting hear know nothing is being done to better my situation, and not knowing when I will see a judge again, let alone get out of jail. All while I have two kids (14 and 3) and an eight month pregnant girl at home unable to work and really provide.

After I left the message with Ms. Johnson, I never recieved a response. I had my mom call her cell phone, and about two weeks later she told my mom she talked to Indiana and now Indiana knows where I am. They should be coming to get me soon. Now I have a few more questions and I'm feeling like she is doing everything possible to avoid talking to me. The following week I call the office on a late Friday afternoon. They transfer me to Ms. Websters line and

She sounded surprised that it was me on the line. She didn't have concrete answers to the few questions I did ask, and she seemed flustered and unprepared. I didn't have more than ten minutes on my phone at the time so the conversation was relatively short. Before the phone hung up she told me, "I will call Indiana Monday and see if I can get an update, and I will schedule a visit with you on Monday afternoon or Tuesday." Then she proceeds to say "You are lucky I even answered, I wasn't suppose to be here today." That made me uncomfortable because at that moment I felt like I meant nothing to her as a client, and if she knew it was me on the line she would not have took the call.

As an inmate in jail with no definitive out date, no court date, and no sense of when I will be picked up by Indiana, I have nothing to look forward to and plenty of time to think. Her telling me she will schedule a visit gave me something to look forward to and prepare for. Monday and Tuesday comes and goes with no word from Ms. Webster. Now I'm frustrated and discouraged. I call the office again that Thursday. Ms. Johnson puts me on hold to come back and tell me, "Ms. Webster is in a meeting. She will set up a visit with you next week." It is now Thursday night of "next week" and still nothing from Ms. Webster.

I understand I am not pay for her services, and she may have other things that she feel is more urgent than my case. At the same time I deserve to be represented properly. I deserve the respect and courtesy of a lawyer who will honor their word and at the very least have a conversation to answer my questions concerning my case. I take full responsibility for being in the predicament im in right now. I've made a bad decision and this is the result. I am just trying to get someone to represent me who I can communicate with and get a better understanding of what I'm dealing with. Like I said before, I have a family that needs me. We've expected that I would have a least seen a judge by now and possibly get a bond. If that is not a possibility I hope to get represented by someone who is willing inform me so I can make the necessary arrangements for my family. Thank you for taking time to read my letter. I truely appreciate it.

Sincerely
Dominique Buckley

Dominique Buckley
101 Fast Ice Drive
Midland, MI 48642

METROPLEX MI 480

11 AUG 2023 PM 4 L

The writer of this letter
is an inmate in the
Midland County Jail
Midland, MI 48642

Judge Laurie J. Michelson
Theodore Levin United States Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

RECEIVED
AUG 16 2023
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

4622632720 C052