UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.                                             Case No. 2:21–cr–20058–SJM
Hon. Stephen J. Murphy

Dominique Buckley,

Defendant(s),

_____

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON Hearing on [14] MOTION for Withdrawal of Attorney Natasha D. Webster, as to Dominique Buckley. **Motion Hearing set for 9/26/2023 at 10:00 AM before District Judge Stephen J. Murphy III**. (RLou)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/R Loury_____
Case Manager

Dated:   September 7, 2023